IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Sharon

Printed: 9/3/08

Case Number: 05 B 52918
Judge: Squires, John H
Filed: 10/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 7, 2008
Confirmed: January 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 43,190.00 |  |
| Secured: |  | 36,742.15 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,300.00 |
| Trustee Fee: |  | 2,147.85 |
| Other Funds: |  | 3,000.00 |
| Totals: | 43,190.00 | 43,190.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Deer & Stone | Administrative | 1,300.00 | 1,300.00 |
| 2. | SN Servicing Corporation | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 4. | SN Servicing Corporation | Secured | 73,971.95 | 36,742.15 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 228.00 | 0.00 |
| 6. | Specialized Management Consultants | Unsecured | 43.05 | 0.00 |
| 7. | American General Finance | Unsecured | 512.21 | 0.00 |
| 8. | Illinois Bell Telephone | Unsecured | 127.89 | 0.00 |
| 9. | Nicor Gas | Unsecured | 545.52 | 0.00 |
| 10. | Check N Go | Unsecured | 151.50 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 158.66 | 0.00 |
| 12. | APS | Unsecured | 69.70 | 0.00 |
| 13. | Deer & Stone | Priority |  | No Claim Filed |
| 14. | JBC & Associates | Unsecured |  | No Claim Filed |
| 15. | Bonded Collection Agency | Unsecured |  | No Claim Filed |
| 16. | Comcast Digital Phone | Unsecured |  | No Claim Filed |
| 17. | Credit Management Control | Unsecured |  | No Claim Filed |
| 18. | Diversified Adjustment Service | Unsecured |  | No Claim Filed |
| 19. | Sprint | Unsecured |  | No Claim Filed |
| 20. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 21. | Mark Wakenight | Unsecured |  | No Claim Filed |
| 22. | Oak Park River Forest High | Unsecured |  | No Claim Filed |
| 23. | Eastern Collection Corp. | Unsecured |  | No Claim Filed |
| 24. | Tate & Kirlin | Unsecured |  | No Claim Filed |
| 25. | Merchants Credit Guide | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Smith, Sharon | Case Number: 05 B 52918 | |
| | Judge: Squires, John H | |
| Printed: 9/3/08 | Filed: 10/13/05 | |

| | | | |
|---|---|---|---|
| 26. Ocwen Federal Bank FSB | Unsecured | | No Claim Filed |
| 27. Toys R Us | Unsecured | | No Claim Filed |
| 28. Village of Oak Park | Unsecured | | No Claim Filed |
| 29. Village of Oak Park | Unsecured | | No Claim Filed |
| 30. Village of Oak Park | Unsecured | | No Claim Filed |
| 31. Seventh Avenue | Unsecured | | No Claim Filed |
| 32. Instant Cash Advance | Unsecured | | No Claim Filed |
| 33. Davis Custom Tops | Unsecured | | No Claim Filed |
| 34. Check N Go | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 77,108.48 | $ 38,042.15 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 661.10 |
| 5% | 156.50 |
| 4.8% | 450.72 |
| 5.4% | 676.08 |
| 6.5% | 203.45 |
| | _____ |
| | $ 2,147.85 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

